UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ROBERT H. JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-CV-128-DCLC-CRW |
| | ) | |
| BRETT LEVERTON, | ) | |
| BRANDON JOHNSON, | ) | |
| CALEB AMMONS, and | ) | |
| RICO HUNT, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, the instant action is **DISMISSED** without prejudice to Plaintiff paying the filing fee in full, under 29 U.S.C. § 1915(g).

Because the Court **CERTIFIED** that any appeal from this decision would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* should he file a notice of appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

**SO ORDERED**.

s/Clifton L. Corker
United States District Court

ENTERED AS A JUDGMENT:

/s/ LeAnna R. Wilson
CLERK OF COURT